**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PABLO URIEL FERNANDEZ,<br><br>                              Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER,<br><br>                              Respondent. | Case No.:  3:26-cv-02137-RBM-AHG<br><br>**ORDER REFERRING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 FOR EVALUATION REGARDING APPOINTMENT OF COUNSEL** |

On April 3, 2026, Petitioner Pablo Uriel Fernandez ("Petitioner") filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition").  (Doc. 1.)  Petitioner claims he first entered the United States in July 2014 and is being detained in violation of the Fifth Amendment's Due Process Clause.  (Doc. 1-2 at 2.)  Petitioner also requests that the Court provide him "a free lawyer of legal [a]ttorney . . . so that [he] can effectively pursue [his] case."  (*Id*.; *see* Doc. 1 at 7.)

Before proceeding, the Court hereby **REFERS** this Petition to Federal Defenders of San Diego, Inc. for an evaluation of whether Petitioner is eligible for appointment of counsel.  The Court requests that Federal Defenders make its evaluation and file a status report addressing whether appointment of counsel is appropriate and/or notifying the Court of plans to file an amended petition **on or before April 21, 2026**.  At that time, the Court will further screen the Petition or set a briefing schedule.

1

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1) and this Order to Federal Defenders of San Diego, Inc. and the United States Attorney's Office.

**IT IS SO ORDERED**.

DATE:  April 7, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2

3:26-cv-02137-RBM-AHG